NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY BERNARD HARRIS, )
                                              )
     Appellant,                    )
                                              )
v.                                            )     Case No. 2D18-3980
                                              )
STATE OF FLORIDA,                )
                                              )
     Appellee.                      )
_____)

Opinion filed November 6, 2019.

Appeal from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

       Affirmed.


SILBERMAN, BADALAMENTI, and SMITH, JJ., Concur.